UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID A. BISMACK

                                Civil Action No. 2:07-cv-13406-RHC-MKM

       Plaintiff,

  v.

MICHAEL ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**EVA I. GUERRA**                      **DERRI THOMAS**
Attorney for Plaintiff               Assistant U.S. Attorney
8884 Akehurst Court               101 First Street, Suite 200
White Lake, MI 48386            Bay City, MI 48708
(248) 698-1900                      (989) 895-5712
(248) 698-3332 (Fax)
eig423@aol.com
Michigan Bar No. P52467
_____/

## STIPULATED ORDER GRANTING EAJA FEES

On November 12, 2008, plaintiff filed a Petition for Attorney Fees under the Equal Access to Justice Act. Initially, there were objections filed by defendant regarding the timeliness of plaintiff's Petition. Subsequent to a conference between the parties, and the Court, defendant has no objections to the merits of plaintiff's Petition for EAJA fees.

UPON STIPULATION OF THE PARTIES, it is **ORDERED** that plaintiff's Petition for Attorney Fees [Dkt. #19] is **GRANTED** in the amount of $3,270.30 in accordance with the procedures set forth in 28 U.S.C. §§2412(c)(1) & 2414.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 14, 2009, by electronic and/or ordinary mail.

     S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

  /s/ Eva I. Guerra                  /s/ Derri Thomas
EVA I. GUERRA                           DERRI THOMAS
Attorney for Plaintiff                   Assistant U.S. Attorney
Approved as to Substance and Form    Attorney for Defendant
                                            Approved as to Substance and Form