**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID BISMACK,**

                                 **Civil Action No. 2:07-cv-13406-RHC-MKM**
                                 **Hon. Robert H. Cleland**

        **Plaintiff,**

  **v.**

**MICHAEL ASTRUE, COMMISSIONER OF**
**SOCIAL SECURITY,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Counsel's Motion for Authorization of Attorney Fees pursuant to 42 U.S.C. §406(b). This Court, being duly advised, and with no objections being filed by the plaintiff, now GRANTS Plaintiff's Counsel's Motion.

Accordingly, this Court approves the payment of attorney fees to Eva I. Guerra, pursuant to 42 U.S.C. §406(b), in the amount of $11,850.00.


    IT IS SO ORDERED     s/Robert H. Cleland
                                U.S. DISTRICT COURT JUDGE