**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAVID BISMACK,

    Plaintiff,

v.                                                    Case No. 07-13406

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
                                            /

**JUDGMENT FOR ATTORNEY'S FEES**

In accordance with the court's order of April 6, 2010,

IT IS ORDERED AND ADJUDGED that Defendant Michael Astrue, Commissioner of Social Security, shall pay Plaintiff David Bismack $11,850.00 in reasonable attorney's fees. Dated at Detroit, Michigan, this 6th day of April, 2010.

                                              DAVID J. WEAVER
                                            CLERK OF THE COURT


                               BY: S/Lisa Wagner
                                   Lisa Wagner, Deputy Clerk
                                   and Case Manager to
                                   Judge Robert H. Cleland