IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BISMACK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Civil No. 07-13406

HON. ROBERT H. CLELAND

## AMENDED JUDGMENT FOR ATTORNEY FEES

In accordance with the Court's order of April 6, 2010 granting Plaintiff's Counsel's Motion for Authorization of Attorney Fees pursuant to 42 U.S.C. §406(b).

IT IS ORDERED AND ADJUDGED that Defendant Michal Astrue, Commissioner shall pay Attorney Eva I. Guerra, $11,850.00 in reasonable attorney fees, pursuant to 42 U.S.C. §406(b). Dated at Detroit, Michigan this 22nd day of July, 2010.

DAVID J. WEAVER
CLERK OF THE COURT


BY: s/Lisa Wagner
Lisa Wagner, Deputy Clerk
and Case Manager to
Judge Robert H. Cleland

Dated: July 22, 2010